IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M.J., | ) |
| | ) |
|     Plaintiff, | ) Cause No. _____ |
| | ) |
| v. | ) Circuit Court of the City of |
| | ) St. Louis, Missouri |
| WASHINGTON UNIVERSITY | ) Cause No. 1222-CC00302 |
| IN ST. LOUIS PHYSICIANS, et al. | ) Div. 1 |
| | ) |
|     Defendant. | ) |

## NOTICE TO PLAINTIFF OF REMOVAL OF ACTION

TO:   Matthew S. Chase
        The Chase Law Firm, PC
        251 South Bemiston Ave., Suite 800
        Clayton, MO 63105

        Attorney for Plaintiff

Please take notice that on February 24, 2012, defendants Washington University in St. Louis Physicians, Washington University School of Medicine, Washington University Medical Center, Mark Wrighton, Larry J. Shapiro, James P. Crane, Clay M. Semenkovich, Michael A. Kass, Ann E. Bradley, Neill M. Wright, Rhonda F. Kidwell, Ralph G. Dacey, Jr., and Patricia Fisher are removing this action, which is currently pending in the Circuit Court of the City of St. Louis, State of Missouri, to the United States District Court for the Eastern District of Missouri.  Copies of the Notice of Removal and the Acknowledgement of the Notice of Removal are enclosed herewith.

Dated:  February 24, 2012

        KOHN, SHANDS, ELBERT,
          GIANOULAKIS & GILJUM, LLP

/s/ Mark J. Bremer
Mark J. Bremer #24696MO
Kevin Anthony Sullivan #55140MO
1 North Brentwood Blvd., Suite 800
St. Louis, MO  63105
(314) 241-3963
(314) 241-2509 (fax)
mbremer@ksegg.com
ksullivan@ksegg.com

Attorneys for defendants Washington University in St. Louis Physicians, Washington University School of Medicine, Washington University Medical Center, Mark Wrighton, Larry J. Shapiro, James P. Crane, Clay M. Semenkovich, Michael A. Kass, Ann E. Bradley, Neill M. Wright, Rhonda F. Kidwell, Ralph G. Dacey, Jr., and Patricia Fisher

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, on this 24th day of February, 2012, to Matthew S. Chase, The Chase Law Firm, PC, 231 South Bemiston, Suite 800, Clayton, MO 63105-1925, attorney for plaintiff.

/s/ Mark J. Bremer