IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M.J., | ) |
| | ) |
| Plaintiff, | ) Cause No. _____ |
| | ) |
| v. | ) |
| | ) Circuit Court of the City of |
| | ) St. Louis, Missouri |
| WASHINGTON UNIVERSITY | ) Cause No. 1222-CC00302 |
| IN ST. LOUIS PHYSICIANS, et al. | ) Div. 1 |
| | ) |
| Defendant. | ) |

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the

Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, counsel

of record for Washington University[1] hereby gives notice that the following corporate

interests are disclosed:

1.  The parent companies of the corporation:

    None

2.  Subsidiaries not wholly owned by the corporation:

BJC Institute of Health at Washington University School of Medicine Condominium
    Association
C2N Diagnostics, LLC
Campus Integration South Condominium Association
Center of Research, Technology and Entrepreneurial Expertise
Consortium for Graduate Studies in Management
DVA/Washington University Healthcare Services of Greater St. Louis, L.L.C.

---

[1] The correct name of the defendants named as Washington University in St. Louis
Physicians, Washington University School of Medicine, and Washington University
Medical Center is "Washington University."

Exegy Inc. (f/k/a Data Search Systems, Inc.)
Forest West Properties, Inc.
Genesis, Ltd.
Global Velocity, L.L.C.
IV Diagnostics, Inc.
Kingman Redevelopment Corp.
Luminomics, Inc.
Midwest Lithotripsy, L.L.C.
Midwest Surgical Technologies, L.L.C.
Molecular Biology Consortium
Pinnacle Consortium of Higher Education
Pulse Therapeutics, Inc.
St. Louis Internet2 Access Consortium, L.L.C.
St. Louis Land Company, L.L.C.
Somark Innovations, Inc.
Southern Medical Center Insurance Company, Inc.
Telecommunications Facilities Corp.
The Children's Discovery Institute
The Heart Care Institute Affiliated Services, LLC
The Heart Care Institute, L.L.C.
The International Pediatric Nutrition Alliance, LLC
The Joint Contracting Company, L.L.C.
The Retina Institute, L.L.C.
University Reciprocal Manager, L.L.C.
Washington University Medical Center
Washington University Medical Center Redevelopment Corp.
Washington University Physician Network, Inc.


There are other organizations in which Washington University has an investment and/or ownership interest but without any meaningful ability to control the management or the affairs of the organization.

3.  Any publicly held company that owns 10% or more of the corporation:

        None

KOHN, SHANDS, ELBERT,
 GIANOULAKIS & GILJUM, LLP


/s/ Mark J. Bremer
Mark J. Bremer #24696MO
Kevin Anthony Sullivan #55140MO
1 North Brentwood Blvd., Suite 800
St. Louis, MO  63105
(314) 241-3963
(314) 241-2509 (fax)
mbremer@ksegg.com
ksullivan@ksegg.com

Attorneys for defendants Washington
University in St. Louis Physicians, Washington
University School of Medicine, Washington
University Medical Center, Mark Wrighton,
Larry J. Shapiro, James P. Crane, Clay M.
Semenkovich, Michael A. Kass, Ann E.
Bradley, Neill M. Wright, Rhonda F. Kidwell,
Ralph G. Dacey, Jr., and Patricia Fisher


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, on this 24th day of February, 2012, to Matthew S. Chase, The Chase Law Firm, PC, 231 South Bemiston, Suite 800, Clayton, MO 63105-1925, attorney for plaintiff.


/s/ Mark J. Bremer