IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M.J., | ) |
| | ) |
|     Plaintiff, | ) Cause No. 4:12-CV-00341 |
| | ) |
| v. | ) Circuit Court of the City of |
| | ) St. Louis, Missouri |
| WASHINGTON UNIVERSITY | ) Cause No. 1222-CC00302 |
| IN ST. LOUIS PHYSICIANS, et al. | ) Div. 1 |
| | ) |
|     Defendant. | ) |

## ENTRY OF APPEARANCE

Kevin Anthony Sullivan enters his appearance for Defendants Washington University in St. Louis Physicians, Washington University School of Medicine, Washington University Medical Center, Mark Wrighton, Larry J. Shapiro, James P. Crane, Clay M. Semenkovich, Michael A. Kass, Ann E. Bradley,[1] Neill M. Wright, Rhonda F. Kidwell, Ralph G. Dacey, Jr., and Patricia Fisher.

---

[1] Defendant Ann E. Bradley has not been served with process as of the date of this entry of appearance. Ms. Bradley fully reserves all defenses and objections to process, service of process, and personal jurisdiction.

KOHN, SHANDS, ELBERT,
  GIANOULAKIS & GILJUM, LLP


/s/ Kevin Anthony Sullivan
Mark J. Bremer #24696MO
Kevin Anthony Sullivan #55140MO
1 North Brentwood Blvd., Suite 800
St. Louis, MO  63105
(314) 241-3963
(314) 241-2509 (fax)
mbremer@ksegg.com
ksullivan@ksegg.com

Attorneys for defendants Washington University in St. Louis Physicians, Washington University School of Medicine, Washington University Medical Center, Mark Wrighton, Larry J. Shapiro, James P. Crane, Clay M. Semenkovich, Michael A. Kass, Ann E. Bradley, Neill M. Wright, Rhonda F. Kidwell, Ralph G. Dacey, Jr., and Patricia Fisher


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, on this 24th day of February, 2012, to Matthew S. Chase, The Chase Law Firm, PC, 231 South Bemiston, Suite 800, Clayton, MO 63105-1925, attorney for plaintiff.


/s/ Kevin Anthony Sullivan