IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

M.J.,                                          )
                                               )
            Plaintiff,                         )
                                               )
vs.                                            )     Cause No. 4:12-cv-00341-JAR
                                               )
WASHINGTON UNIVERSITY IN ST.                   )
LOUIS PHYSICIANS, et al.,                      )
                                               )
            Defendants.                        )

## ENTRY OF APPERANCE

COMES NOW Jonathan H. Garside of the law firm of Fox Galvin, LLC, and hereby

enters his appearance as attorney for defendant Barnes-Jewish Hospital.


/s/ Jonathan H. Garside
Jonathan H. Garside, #48523MO
FOX GALVIN, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO  63102
314-588-7000
314-588-1965 (Fax)
jgarside@foxgalvin.com

Attorneys for Defendant
Barnes-Jewish Hospital

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that service was made by means of the Notice of Electronic Filing, this 5th day of March, 2012, to the following counsel of record:

Mr. Matthew S. Chase
The Chase Law Firm, PC
231 South Bemison Avenue, Suite 800
Clayton, MO 63105-1925

Mr. Mark Bremer
Mr. Kevin A. Sullivan
Kohn, Shands, Elbert, Gianoulakis & Giljum, LLP
1 North Brentwood Blvd., Suite 800
St. Louis, MO 63105

/s/ Jonathan H. Garside