UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M.J., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No.  4:12CV0341 JAR |
| WASHINGTON UNIVERSITY IN ST. LOUIS PHYSICIANS, etc., | ) ) ) |
|     Defendants. | ) ) |

### ORDER

This matter is before the Court on Plaintiff's Motion to Extend Time to Respond to Motion to Dismiss (ECF No. 19). The Court grants Plaintiff's Motion, in part.

**IT IS HEREBY ORDERED** that Plaintiff's response to Defendants Mark Wrighton, Larry J. Shapiro, James P. Crane, Clay M. Semenkovich, Michael A. Kass, Ann Bradley, Neill M. Wright, Rhonda F. Kidwell, Ralph G. Dacey, Jr., and Patricia Fisher's Motion to Dismiss for Failure to State a Claim (ECF No. 10) shall be filed no later than **Monday, April 16, 2012**.

**IT IS FURTHER ORDERED** that scheduling conference pursuant to Fed.R.Civ.P. 16 is re-set for **May 2, 2012**, at **10:00 a.m.** in the chambers of the undersigned. The Rule 16 conference previously scheduled for Wednesday, **March 28 at 10:00 a.m.** is **VACATED**.

Dated this 23rd day of March, 2012.

*/s/ John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE