IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M.J., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 4:12-cv-00341-JAR |
| ) | |
| WASHINGTON UNIVERSITY IN ST. ) | |
| LOUIS PHYSICIANS, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>MOTION TO ATTEND RULE 26 CONFERENCE BY TELEPHONE</u>**

COMES NOW Jonathan Garside, counsel for defendant Barnes-Jewish Hospital, and due to an out of town deposition and with all parties' consent, hereby requests approval to attend the Rule 26 Conference scheduled for May 2, 2012, at 10:00 a.m. by telephone.

/s/ Jonathan H. Garside
Jonathan H. Garside, #48523MO
FOX GALVIN, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO  63102
314-588-7000
314-588-1965 (Fax)
jgarside@foxgalvin.com

Attorneys for Defendant
Barnes-Jewish Hospital

2

CERTIFICATE OF SERVICE

       The undersigned certifies that service was made by means of the Notice of Electronic Filing, this 26th day of April, 2012, to the following counsel of record:

Mr. Matthew S. Chase
The Chase Law Firm, PC
231 South Bemison Avenue, Suite 800
Clayton, MO 63105-1925

Mr. Mark Bremer
Mr. Kevin A. Sullivan
Kohn, Shands, Elbert, Gianoulakis & Giljum, LLP
1 North Brentwood Blvd., Suite 800
St. Louis, MO 63105

                                                                /s/ Jonathan H. Garside