THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| M.J., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. 4:12-CV-00341 JAR |
| | ) | |
| WASHINGTON UNIVERSITY | ) | |
| IN ST. LOUIS PHYSICIANS, et al. | ) | |
| | ) | |
|     Defendants. | ) | |

**MOTION TO WITHDRAW OF MATTHEW CHASE AND THE CHASE LAW FIRM PC**

    COMES NOW MATTHEW CHASE and the law firm of The Chase Law Firm, PC, and for their Motion to Withdraw as Attorneys for Plaintiff M.J., states as follows:

    1.    Due to irreconcilable differences between Plaintiff, M.J. and his attorneys of record, Matthew Chase and the law firm of The Chase Law Firm, PC, Matthew Chase and the law firm of The Chase Law Firm, PC find it necessary to withdraw as Plaintiff's attorneys in this matter.  A copy of the email in this regard between counsel and Respondent is attached hereto.

    2.    Counsel states that Petitioner has been provided with a copy of this motion, as evidenced by a copy of the letter attached hereto.

    3.    This matter is not yet set for trial, but a Rule 16 scheduling conference is set for today, May 2, 2012, and Plaintiff is aware of this setting.

    Respectfully submitted,
THE CHASE LAW FIRM, PC
  /S/ Matthew S. Chase
MATTHEW S. CHASE, #57085
231 South Bemiston Avenue, Suite 800
Clayton, MO 63105-1925
(314) 757-4861 direct
 (314) 256-1966 fax
Email: matthew@chaselawpc.com
Attorney for M. J., Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of May, 21012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel for defendants:

Mark J. Bremer and Kevin Anthony Sullivan
Kohn Shands Elbert Gianoulakis & Giljum LLP
mbremer@ksegg.com
ksullivan@ksegg.com
Attorneys for defendants Washington University in St. Louis Physicians, Washington University School of Medicine, Washington University Medical Center, Mark Wrighton, Larry J. Shapiro, James P. Crane, Clay M. Semenkovich, Michael A. Kass, Ann E. Bradley, Neill M. Wright, Rhonda F. Kidwell, Ralph G. Dacey, Jr., and Patricia Fisher

Jonathan H. Garside
Fox Galvin LLC
jgarside@foxgalvin.com
Attorney for defendant Barnes-Jewish Hospital

    /s/  Matthew S. Chase
    MATTHEW S. CHASE