|  |  |
|---|---|
| From: | Matthew Chase <matthew@chaselawpc.com> |
| Subject: | Withdrawal of Representation |
| Date: | May 2, 2012 8:06:11 AM CDT |
| To: | "M (Marc) Jacobs" <medical.jacobs@yahoo.com> |



1 Attachment, 60 KB

MJ,

Please be advised that, per our several conversations, this firm and I will be withdrawing as counsel in this matter. As I discussed with you previously and detailed at some length in prior emails, in particular the email of March 22, 2012, we cannot continue due to these irreconcilable differences.

As you know, I am appearing in court this date at 10am on the Rule 16 scheduling conference. I will inform the court of my filing of this intent to withdraw, and attempt to get for you the longest time possible for the discovery schedule, but things move quickly in the federal courts. I will do my best.

I recommend your hiring replacement counsel as soon as possible, to avoid the necessity of representing yourself in this matter. I have exhausted every possible replacement that I tried, but was unable to find someone, including those firms you asked me to consult with. It is imperative that you immediately obtain new counsel to represent your interests in this matter. Please have your new attorney contact us as soon as possible so that we can arrange for a smooth and prompt transition.

I truly regret it has come to this, but we have no other alternative. I will speak to the court later this morning to find out whether a hearing will be required by the judge, and if so, set it within the next couple of weeks and inform you of that.

As previously scheduled, please do still feel free to call me at 9:30 this morning, to discuss this matter.

Best regards,


Sincerely,

Matthew S. Chase
The Chase Law Firm, PC
231 South Bemiston Avenue
Suite 800
Clayton, MO 63105-1925
(314) 854-9166 office
(314) 256-1966 fax
**(314) 757-4861 cell  \*\*BEST CONTACT\*\***
matthew@chaselawpc.com

CONFIDENTIALITY NOTICE:

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify recipients of e-mail that e-mail communications are not a secure method of communication; any e-mail that is sent to you or by you may be copied and held by the various computers it passes through as it goes from sender to recipient; persons not participating in our communications may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes through. I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me immediately.



Motion to W...012 (60 KB)