UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M.J., | ) |
| Plaintiff, | ) |
| v. | ) Case No.  4:12CV0341 JAR |
| WASHINGTON UNIVERSITY IN ST. LOUIS PHYSICIANS, etc., | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Motion to Withdraw of Matthew Chase and The Chase Law Firm, P.C. (ECF No. 26).

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw of Matthew Chase and The Chase Law Firm, P.C. is set for a hearing on **Friday, May 11, 2012** at **10:00 a.m.** in the courtroom of the undersigned.  Plaintiff is required to attend.

**IT IS FURTHER ORDERED** that scheduling conference pursuant to Fed.R.Civ.P. 16 will be re-set for a later date.

Dated this 2nd day of May, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE