UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE JOHN A. ROSS
COURTROOM PROCEEDING 12 NORTH
COURTROOM MINUTE SHEET CIVIL

CASE NO.  4:12CV341JAR

STYLE:   M.J. v Washington University in St. Louis Physicians et al

DATE: 5/11/2012

Court Reporter: SUE MORAN

Deputy Clerk:  Ryan Kilduff

Attorneys for Plaintiffs:   Matthew Chase

Attorneys for Defendants:   Mark Bremer and Jonathan Garside

( x )  Parties present for hearing on:

Motion to withdraw by plaintiff counsel. Argument heard from plaintiff counsel. Plaintiff given leave of court to file affidavit. Plaintiff given argument regarding his counsel's motion. Court grants motion to withdraw. Stay the action for 60 days. Status conference to be set, Order to issue.

Witnessess:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

Proceeding Commenced:   10:09 AM   Proceeding Concluded: 10:49 AM