UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M.J., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV341 JAR |
| ) | |
| WASHINGTON UNIVERSITY IN ST. LOUIS ) | |
| PHYSICIANS, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court upon the Motion to Withdraw of Matthew Chase and The Chase Law Firm, P.C. (ECF No. 26).  The Motion having been heard and considered is ruled as follows:

**IT IS HEREBY ORDERED** that the Motion to Withdraw of Matthew Chase and The Chase Law Firm, P.C. (ECF No. 26) is **GRANTED**.  Plaintiff M.J. shall proceed *pro se* until such time as replacement counsel enters on his behalf.

**IT IS FURTHER ORDERED** that this case is **STAYED** for sixty (60) days to allow Plaintiff to obtain replacement counsel.

**IT IS FURTHER ORDERED** that Mr. Chase shall file, under seal, M.J.'s mailing address with the Court.

**IT IS FURTHER ORDERED** that M.J. may obtain a CM/ECF password upon proper registration with the Clerk's office so that he may have access to the Court's docket and the parties' filings.  M.J. shall file all of his pleadings in this case via U.S. mail or in person with the Clerk's office.

Dated this 11th day of May, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE