RECEIVED

JUL 0 9 2012

BY MAIL

FILED

JUL 9 2012

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

MJ )
    Plaintiff )
)
v. )  Cause No. 4:12-CV- 00341 JAR
)
WASHINGTON UNIVERSITY )
IN ST. LOUIS PHYSICIANS, et al )
)
    Defendants )

### PLAINTIFF'S MOTION TO FILE PLAINTIFF'S MOTION FOR EXTEND STAY UNDER SEAL

Comes now Plaintiff, *pro-se*, and for his **PLAINTIFF'S MOTION TO FILE PLAINTIFF'S MOTION FOR EXTENDED STAY, UNDER SEAL**, and states:

1. That Plaintiff has tendered to the Clerk concurrently with this Motion, ***Plaintiff's Motion to Extend Stay***.

2. That the attached motion discusses and sets forth medical information that is private and confidential.

3. That such medical matters should not be made a matter of public record.

4. That no detriment to Defendants will result by this Court's grant of *Plaintiff's Motion to File Plaintiff's Motion to Extend Stay* and the medical information contained therein, under seal.

**WHEREFORE**, for good cause, Plaintiff prays that the Court will grant *Plaintiff's Motion to File Plaintiff's Motion for Extended Stay Under Seal* and will allow the filing of the aforesaid motion under seal.

Respectfully,

*MJ*
Plaintiff



**RECEIVED**
JUL 0 9 2012
BY MAIL

CLERK
United States District Court
111 S.10th Street
St. Louis, Missouri 63102



FIRST CLASS

EXPEDITE