UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M.J., | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No.   4:12CV0341 JAR ) |
| WASHINGTON UNIVERSITY IN ST. LOUIS PHYSICIANS, etc., | ) ) ) |
|     Defendants. | ) |

### ORDER

This matter is before the Court on Plaintiff's Motion to Extend Stay (ECF No. 36). Therein, Plaintiff requests a ninety (90) day stay of this action to find counsel. Plaintiff contends that he has been unable to obtain counsel in-state and has extended his search to out-of-state attorneys. In addition, Plaintiff asserts that he suffers from crippling pain and may need additional surgery.

The Court notes that it previously stayed this action for sixty (60) days to allow Plaintiff to obtain counsel. The Court also notes that Plaintiff does not have any surgery scheduled.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Stay [36] is **GRANTED**, in part, and **DENIED**, in part. This case is **STAYED** for forty-five (45) days from the date of this Order to allow Plaintiff to find replacement counsel.

Dated this 11th day of July, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE