RECEIVED
OCT 0 1 2012
BY MAIL

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

FILED
OCT 1 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

MJ )
       Plaintiff )
)
v. )  Cause No. 4:12-CV- 00341 JAR
)
WASHINGTON UNIVERSITY )
IN ST. LOUIS PHYSICIANS, et al )
)
       Defendants )

## PLAINTIFF'S MOTION TO FILE, INTER-ALIA, PLAINTIFF'S MOTION TO POSTPONE ANY SCHEDULING CONFERENCE AND TO STAY ALL PROCEEDINGS, UNDER SEAL.

1. That the attached motion discusses and sets forth medical information that is private and confidential and the tentative proposed scheduling document refers in part thereto.

2. That such medical matters should not be made a matter of public record.

3. That no detriment to Defendants will result by this Court's grant of *Plaintiff's Reply . . .* and the medical information contained therein, under seal.

4. That further, since medical information appears to be continually necessary in this case, Plaintiff believes it might behoove this Court to consider placing the entire file under seal.

**WHEREFORE**, for good cause, Plaintiff prays that the Court will grant *Plaintiff's Motion to File* the aforesaid under seal. Plaintiff further moves this Court to alternatively seal the entire case file in view of the case that medical issues and the medical condition of the Plaintiff appears to be a recurring theme in matters before this Court.

Respectfully,

MJ
Plaintiff