UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M.J.,                                        ) | |
|       Plaintiff,                           ) | |
| vs.                                          ) | Case No. 4:12CV341 JAR |
| WASHINGTON UNIVERSITY IN ST. LOUIS ) PHYSICIANS, et al.,                 ) | |
|       Defendants.                         ) | |

**ORDER**

      This matter is before the Court upon Plaintiff's Motion for Waiver of Appellate Fee in the Event of Appeal; Motion for Order that the Clerk Mail to Plaintiff a copy of the Court's Entire File, All Docket Entries, and All E-Mails Sent and Received by the Court's Staff. (ECF No. 85). Therein, Plaintiff requests (1) "Immediate order that the Clerk be directed to mail to Plaintiff, a copy of the entire Court file including all orders, pleadings, E-mails, and docket entries since the Plaintiff is indigent and is unable to afford to pay for the aforesaid copies" and (2) "Enter its order that in the event that the Plaintiff files a Notice of Appeal, the usual and customary filing fee required to be tendered at the time of the Notice of Appeal, shall be waived (as well as any other Court costs or fees), in view of the indigence of the Plaintiff."

      Plaintiff, however, has never requested to proceed in forma pauperis. In fact, Plaintiff originally had private counsel in this case. Indeed, after Plaintiff's original counsel withdrew, the Court granted Plaintiff's request for additional time to retain other private counsel.

      If Plaintiff now asserts that he is indigent, then he must file a motion and financial affidavit with the Court.  <u>See</u> Form MOED-0039.  Because Plaintiff has not provided this financial information, Plaintiff's Motion for Waiver of Appellate Fee in the Event of Appeal; Motion for

Order that the Clerk Mail to Plaintiff a copy of the Court's Entire File, All Docket Entries, and All E-Mails Sent and Received by the Court's Staff [85] is **DENIED**.

Dated this 26th day of March, 2013.

                                                    JOHN A. ROSS
                                                    UNITED STATES DISTRICT JUDGE