UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

M.J.,

    Plaintiff,

v.

WASHINGTON UNIVERSITY IN
ST. LOUIS PHYSICIANS, et al.,

    Defendants.

No. 4:12-CV-341 JAR

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for the Court to Enter its Order that the Clerk Shall Mail to Plaintiff a Free Copy of All Docket Entries, All Documents Filed, and All E-mails Sent To and From Staff (ECF No. 90). This Motion is duplicative of prior motions filed by Plaintiff. The Court previously instructed Plaintiff to file a motion to proceed *in forma pauperis* and submit a financial affidavit. (ECF No. 87). Plaintiff has failed to do so. Accordingly, the Court DENIES Plaintiff's Motion for the Court to Enter its Order that the Clerk Shall Mail to Plaintiff a Free Copy of All Docket Entries, All Documents Filed, and All E-mails Sent To and From Staff [90] for failure to comply with this Court's previous order.

                                                    **JOHN A. ROSS**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated this 10th day of April, 2013.