# United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward                                                                                         314-244-7900
   Clerk of Court

April 23, 2013

Attn. M.J.
331 North New Ballas Road
#B-37087
St. Louis, MO. 63141

Re: 4:12CV00341JAR – M.J. vs. Washington University in St Louis Physicians, et al

Dear Sir:

This letter is written in response to your request to the Clerk's Office (by phone) on April 22, 2013, for copies of the docket sheet, and all orders in the above styled cause.  Please see the order entered by the Honorable John A. Ross on April 10, 2013. (A copy of the order is enclosed).

Thank you for your time in this matter.

Sincerely yours,


_____
Lori Miller Young, Chief Deputy Clerk