UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|   |   |   |
|---|---|---|
| M.J., | ) ) ) ) | |
| Plaintiff, | ) ) | No. 4:12-CV-341 JAR |
| v. | ) ) ) | |
| WASHINGTON UNIVERSITY IN ST. LOUIS PHYSICIANS, et al., | ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for the Court to Enter its Order for its Clerk to Mail by U.S.P.S. Mail, Documents Required by the Appellant for His Appeal, Inter Alia, In Accordance with the Appellate Court's Order of May 31, 2013. (ECF No. 99). In the Eighth Circuit's Order, the Clerk states that he has "prepared copies of documents from the district court file and copies of the pleadings filed by the appellees in this court." The Clerk, however, states that he "has not prepared a copy of every docket entry on the district court docket as some of the entries have no document associated with the entry, others are routine housekeeping matters and still others are sealed and unavailable to the clerk." The Clerk notes that ECF Nos. 44, 49, 65, 66, 69, 74, 76, 78, 79, and 85 "have not been provided because they are sealed by the district court in such a fashion that the clerk cannot access them" and instructs M.J. to ask the district court for these documents. The Clerk also provided M.J. with "[c]opies of the district court docket sheet and this court's docket sheet."

In this Motion, M.J. seeks:

1. A copy of the full docket sheet in No. 4:12cv341 before this Court
2. Copies of the following documents:
   44, 49, 65, 66, 69, 74, 76, 78, 79, and 85 *PLUS* any other sealed documents filed by any attorney for any defendant in the District Court, ALL Court Orders filed, and any other documents that have been "routine housekeeping matters," etc.
3. **ALTERNATIVELY**, mail copies of All pleadings/orders/etc. filed in this case.

(ECF No. 99).

First, the Court notes that the Clerk of the Eighth Circuit has already sent M.J. copy of the docket sheet in this case. Therefore, the Court denies that request. In addition, the Clerk apparently did not provide M.J. with a copy of documents related to "routine housekeeping matters" because such documents are not relevant to M.J.'s appeal. The Court agrees and denies this request. Finally, the Court grants M.J.'s request for ECF Nos. 44, 49, 65, 66, 69, 74, 76, 78, 79, and 85.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for the Court to Enter its Order for its Clerk to Mail by U.S.P.S. Mail, Documents Required by the Appellant for His Appeal, Inter Alia, In Accordance with the Appellate Court's Order of May 31, 2013 [99] is **GRANTED**, in part, and **DENIED**, in part. The Clerk of the Court shall mail M.J. a copy of ECF Nos. 44, 49, 65, 66, 69, 74, 76, 78, 79, and 85. M.J.'s Motion is denied in all other respects.

Dated this 4th day of June, 2013.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**