# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2042

M.J.

Appellant

v.

Washington University in St. Louis Physicians, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-00341-JAR)
_____

**MANDATE**

In accordance with the opinion and judgment of 02/14/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 30, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit