# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 23, 2015

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:  M. J.
          v. Washington University in St. Louis Physicians, et al.
          No. 14-6960
          (Your No. 13-2042)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

# MEMORANDUM

**TO:**  Mr. James G. Woodward

**FROM:**  Michael E. Gans, Clerk of Court

**DATE:**  March 10, 2015

**RE:**  13-2042  M.J. v. Washington University, et al

District Court/Agency Case Number(s):  4:12-cv-00341-JAR

___

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

SRD